**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

RAY CHRIS MOBLEY,

    Plaintiff,

v.                                         CASE NO. 4:11cv270-MP-WCS

JAMES TIM MOORE, et al.,

    Defendants.

_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated December 5, 2011. (Doc. 9). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now ORDERED:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    Plaintiff's motion to proceed in forma pauperis (doc. 2) is DENIED pursuant to 28 U.S.C. § 1915(g).

    3.    Plaintiff's complaint (doc. 1) is DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(g).

    **DONE and ORDERED** this 19th day of January, 2012.

                                        s/ *M. Casey Rodgers*
                                        **M. CASEY RODGERS
                                        CHIEF UNITED STATES DISTRICT JUDGE**